UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BEVERLY S. BOND                                                             ORDER

   -against-                                                                      CV-00-0228 (DRH)

ZONING BOARD OF THE TOWN OF
EAST HAMPTON, ET. AL.
-----------------------------------------------------X


       Due to the Court's criminal trial schedule, the civil jury selection in this case set for November 28, 2005 is adjourned to March 13, 2006 at 9:30 AM.

       Counsel are directed to submit their motions in limine by February 28, 2006. Proposed voir dire and requests to charge are to be filed by March 6, 2006. Defendants' motion in limine presently filed with the court (doc # 160, 161 and 162) is hereby terminated and the motion papers are to be resubmitted at the proper time.

       SO ORDERED.

Dated: Central Islip, New York
       November 9, 2005

                                              /S/
                                       Denis R. Hurley
                                       United States District Judge