UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEVERLY S. BOND                                              ORDER OF DISMISSAL

       -against-                                      CV-00-0228 (DRH)

TOWN BOARD OF THE TOWN OF
EAST HAMPTON, et. al.
------------------------------------------------------------X

The Court having selected a jury and the parties having settled the matter after trial began,

IT IS HEREBY ORDERED the case is dismissed with prejudice.

The Clerk is directed to close the case.


       SO ORDERED.

                                     /S/
                              DENIS R. HURLEY
                            United States District Judge

Dated: Central Islip, New York
       March 27, 2006